**PRO SE CORPORATION**   **WHISTLEBLOWER DEFAULT JUDGEMENT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**Robert W. Johnson** Plaintiff(s)

vs.

**CrestHill Suites & Indeed** Defendant(s)

Civil Case No.: **5:22-cv-534 (DNH/ATB)**

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

---

Plaintiff(s) demand(s) a trial by: **X** JURY ___ COURT  (Select **only one**)

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
MAY 19 2022
AT____ O'CLOCK____
John M. Domurad, Clerk - Syracuse

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: **Robert W. Johnson**
   Address: **112 Court St., APT. 2**
   **Watertown, NY 13601**

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: **CrestHill Suites**
   Official Position: **Corporation**
   Address: **6410 New Venture Gear Drive**
   **East Syracuse, NY 13057**
   **315-432-5595**

b. Defendant: **Indeed**

Official Position: **Corporation**

Address: **7501 N. Capital of Texas Hwy**
**Austin, TX 78731**
**203-328-2691**

c. Defendant: _____

Official Position: _____

Address: _____

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: **You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

**I, Robert W. Johnson, was denied employment and employee/employer policy records by CrestHill Suites and Indeed. All parties are Pro Se Corporation and violated Robert W. Johnson Due Process Rights.**

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

CrestHill Suites discriminated against Robert W. Johnson and denied Robert W. Johnson Employee/Employer policy records and Due Process Rights for employee applicants.

**SECOND CAUSE OF ACTION**

Indeed falsified ads and employment and Robert W. Johnson was not afforded policy records, fair hearings and employee incentives for future employment.

**THIRD CAUSE OF ACTION**

CrestHill Suites and Indeed violated Pro Se Corporation laws governing potential employees and deny any wrongdoings and or discriminatory practices.

6.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

$100,000,000.00 for punitive damages; Employment; Sanctions; All other reliefs Just and Proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 05/17/2022

Robert W. Johnson
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010